1  **Scott Johnson v. Joseph P. Melehan, Trustee of the Patricia Melehan Trust; Maureen Melehan Machado, Trustee of the Patricia Melehan Trust, et al.**
2  **U.S. District Court, Northern District Case No.: 5:16-CV-04064-HRL**

3  **CERTIFICATE OF SERVICE**

4  State of California           )
                                  )  xx
5  County of Santa Clara         )

6       I am a citizen of the United States and an employee of the County aforesaid. I am over the age of eighteen years and not a party to the within action. My business address is 225 West Santa Clara Street, Suite 1500, San Jose, California 95113-1752. On the date mentioned below, I caused a true copy(ies) of the following document(s) to be served on the parties below using the method(s) checked:

- **Defendants' Notice of Motion and Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)**
- **Defendants' Request for Judicial Notice in Support of Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)**
- **Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)**
- **Declaration of Jerred O'Connell in Support of Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)**
- **Declaration of Sarahann Shapiro in Support of Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6); and**
- **Order Granting Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedures 12(b)(1) and 12(b)(6) [Proposed].**

On the Addressee(s) below named in said action by:

☒ Via the Court's electronic case filing system (CM/ECF) to all counsel of record.

☐ First Class Mail. I am familiar with the regular mail collection and processing practices of the business. The mail will be deposited with the United States Postal Service on the same day following ordinary business practices. I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at San Jose, California.

**Addressee(s):**
Center for Disability Access
Ray Ballister, Jr., Esq.                          Attorneys for Plaintiff
Mark Potter, Esq.                                 Scott Johnson
Phyl Grace, Esq.
Dennis Price, Esq.
9845 Erma Road, Suite 300
San Diego, CA 92131

     I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on June 26, 2017, at San Jose, California.

                                      /s/ Marilyn Karczewski
                                      Marilyn Karczewski

**PROOF OF SERVICE**                                                    (Case No. 5:16-CV-04064-HRL)

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

2537/011 -
00558449.DOCX.
1